**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

ANTHONY SILVA,

    Petitioner,

    v.

J. BIENEMY, *Warden,*

    Respondent.

Case No. 2:25-cv-369

## ORDER

Petitioner Anthony Silva filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and the respondent filed a motion to dismiss or, in the alternative. for summary judgment. ECF Nos. 9, 15. Before the Court is a report and recommendation in which the Honorable Robert J. Krask recommends that the Court grant summary judgment for the respondent and deny and dismiss the petition without prejudice. ECF No. 21.

Judge Krask advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 21 at 11 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn,* 474 U.S. 140 (1985); *Carr v. Hutto,* 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce,* 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the report and recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Krask's findings and recommendations and found no clear error. Accordingly, the report and recommendation (ECF No. 21) is **ADOPTED**.

The respondent's motion for summary judgment (ECF No. 15) is **GRANTED**.

The petition for a writ of habeas corpus (ECF No. 9) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

The Clerk's Office is **DIRECTED** to please provide a copy of this Order to the petitioner.

**IT IS SO ORDERED**.

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
July 20, 2026

2